

Case 1:24-cv-00497-JHR-GJF Document 4-1 Filed 05/27/24 Page 2 of 11



Words cannot express how happy I am for my son. We've been keeping this quiet for five months. So grateful for his trust during this process and…

Liked by Ruth Mariampolski



Hofstra Law would like to congratulate the Georgia State University College of Law team who won the 4th National Medical-Legal Mock Trial Competition…

Liked by Ruth Mariampolski

## Experience



**Director of Compliance and Title IX Coordinator**

New Mexico Highlands University

Mar 2020 - Present · 4 years 3 months

Las Vegas, New Mexico

5/24/24, 6:43 PM    Ruth Mariampolski - Director of Compliance and Title IX Coordinator - New Mexico Highlands University | LinkedIn

Case 1:24-cv-00497-JHR-GJF   Document 4-1   Filed 05/27/24   Page 3 of 11

1. Intake and investigation of complaints alleging discrimination, including complaints under Title VII, the ADA, and Title IX.
2. For non-Title IX matters, conduct investigations and write determinations which inform the President of the University of investigation findings and recommend a resolution.
3. For Title IX matters, serve as Title IX Coordinator and Title IX Investigator.
4. Policy development relating to Title IX procedures under the 2020 Title IX Final Rule.
5. Creation and implementation of training programs related to Title IX and other antidiscrimination law, applicable to students, faculty, staff, and administration.
6. Provide research and expertise to Human Resources on employment law issues.

Show less ∧



### EEO Attorney (Agency Attorney III)
New York City Fire Department
May 2017 - Jan 2020 · 2 years 9 months

Greater New York City Area

1. Conduct investigations of EEO complaints made by employees and citizens by interviewing witnesses and examining documentary evidence.
2. Write determinations which inform the Fire Commissioner of investigation findings and recommend a resolution.
3. Provide classroom-based EEO training to Fire Officers, Firefighters, Paramedics, and EMTs.
4. Lead compliance inspections of fire houses and EMS stations.
5. Coordinate with the Bureau of Investigations and Trials and the Legal Affairs divisions.

Show less ∧



### NYC Administration for Children's Services
3 years 11 months

#### Agency Attorney III / Hearing Officer
Mar 2016 - May 2017 · 1 year 3 months
Office of the General Counsel - Employment Law Unit

This position had five major tasks:

1. Investigate and respond to allegations of discrimination under Title VII, the ADA, the New York State Human Rights Law, and the New York City Human Rights Law on behalf of ACS by writing and filing position statements with the appropriate agency.

5/24/24, 6:43 PM    Ruth Mariampolski - Director of Compliance and Title IX Coordinator - New Mexico Highlands University | LinkedIn

Case 1:24-cv-00497-JHR-GJF   Document 4-1   Filed 05/27/24   Page 4 of 11

2. Act as the Hearing Officer in Step I and Step II grievance hearings. These initial hearings occur when an employee has been charged with misconduct and wishes to dispute the charges through a process established by their collective bargaining agreement. In Step 1 Hearings I make a limited determination as whether the charges are supported by evidence and recommend a penalty for all the supported charges taken together. In Step 2 Hearings each side has the opportunity to present evidence and culminates in a written finding of fact and recommendation to the General Counsel.

3. Hire and supervise law student Interns, including interviewing, selecting, coordinating their personnel matters, directing their projects, and providing both one-on-one feedback about their work and written feedback as required by their law school.

4. Contribute to policy on a number of topics, and provide legal research on an ad hoc basis to departments within ACS that have employment-related legal questions.

5. Act as a liason with the Law Department in litigation cases.

Show less ⌃

### Agency Attorney II / Hearing Officer

Oct 2014 - Mar 2016 · 1 year 6 months

Office of the General Counsel - Employment Law Unit

This position had three major tasks:

1. Investigate and respond to allegations of discrimination under Title VII, the ADA, the New York State Human Rights Law, and the New York City Human Rights Law on behalf of ACS by writing and filing position statements with the appropriate agency. All findings were in the Agency's favor.

2. Act as the Hearing Officer in Step I and Step II grievance hearings. These initial hearings occur when an employee has been charged with misconduct and wishes to dispute the charges through a process established by their collective bargaining agreement.

3. Contribute to policy on a number of topics, including revisions to the Employee Code of Conduct, Cell Phone Policy, and Sexual Harassment Policy, and provide legal

5/24/24, 6:43 PM
Ruth Mariampolski - Director of Compliance and Title IX Coordinator - New Mexico Highlands University | LinkedIn

Case 1:24-cv-00497-JHR-GJF   Document 4-1   Filed 05/27/24   Page 5 of 11

research on an ad hoc basis to departments within ACS that have employment-related legal questions.

Show less ⌃

### Agency Attorney

Jul 2013 - Oct 2014 · 1 year 4 months

Office of the General Counsel - Employment Law Unit

This position had three major tasks:

1. Investigate and respond to allegations of discrimination under Title VII, the ADA, the New York State Human Rights Law, and the New York City Human Rights Law on behalf of ACS by writing and filing position statements with the appropriate agency. All findings on my position statements were in the agency's favor.

2. Prosecute employee misconduct and unfitness cases under Civil Service Law sections 75 and 72. This involved investigation of potential misconduct, incompetence, or unfitness; determining whether to charge; drafting charges; representing the agency at conferences; making settlement recommendations; and conducting disciplinary hearings at the Office of Administrative Trials and Hearings.

3. Contribute to policy on a number of topics, including revisions to the Employee Code of Conduct, and provide legal research on an ad hoc basis to departments within ACS that had employment-related legal questions.

Show less ⌃



### Agency Attorney / Law Clerk

NYC Office of Administrative Trials & Hearings

Mar 2010 - Jul 2013 · 3 years 5 months

New York, NY

• Specialized in legal research and draft opinions for the Administrative Law Judges of New York City's central Administrative tribunal.

• Wrote on NY Civil Service Law matters and many areas of New York City regulatory law, including taxi/for-hire vehicles, commercial garbage hauling, building code, and loft law. Appellate matters included contract dispute appeals, and appeals of marriage license denials.

5/24/24, 6:43 PM
Ruth Mariampolski - Director of Compliance and Title IX Coordinator - New Mexico Highlands University | LinkedIn
Case 1:24-cv-00497-JHR-GJF   Document 4-1   Filed 05/27/24   Page 6 of 11

• Other ongoing writing projects included writing a monthly newsletter highlighting cases of interest and annotations for relevant City laws and regulations.

• Provided legal research, editing, and cite checking for ALJ training materials and information provided to pro se litigants.

Show less ⌃


### Freelance Proofreader/Copyeditor
KaplanPMBR

Sep 2009 - Oct 2009 · 2 months

Proofread print materials (New York topics) used in Kaplan's Bar Review course.


### Legal Intern
Nassau County Legal Aid Society

Jan 2009 - Apr 2009 · 4 months

Hempstead, NY

• Assisted attorneys in criminal courtroom proceedings including arraignments and pleas; conducted brief factual interviews as needed with clients; conducted legal research and drafted motions.


### Legal Intern
The Pagan Law Firm PC

May 2008 - Jul 2008 · 3 months

New York, NY

• Drafted motions for ongoing cases and memoranda of law for ongoing and pending trials.

• Conducted research on a wide variety of topics in support of trial, appeals, and motion practice, including appellate procedure, spoliation of evidence, employment discrimination, civil rights violations, and jury instructions.

• Drafted brief for an appeal to the NYS Appellate Division (1st Dep't).

• worked at same firm May 2007 - July 2007.


### Barn Manager / Riding Instructor
Touch Point Farm

Aug 2004 - Aug 2006 · 2 years 1 month

5/24/24, 6:43 PM                    Ruth Mariampolski - Director of Compliance and Title IX Coordinator - New Mexico Highlands University | LinkedIn

Case 1:24-cv-00497-JHR-GJF   Document 4-1   Filed 05/27/24   Page 7 of 11

Culpeper, VA

• Managed 35 horses at boarding barn. Tasks included: daily feed and turnout; assisting vet, farrier, and equine dentist; barn maintenance and organization; dispensing medications and nutraceuticals; injury care.

• Taught riding lessons for children and adults ages 5-55, beginners to intermediate. My lessons included riding instruction, discussion of safety principles, and the fundamentals of horse care. My goal as a teacher was to develop safe, confident, independent riders who are secure both in and out of the ring.

Show less ⌃

### Content Editor - Books

Borders Group, Inc.

1998 - 2004 · 6 years

Ann Arbor, MI

• Sole responsibility within both the Borders & Waldenbooks chains for marketing copy relating to Science Fiction, Fantasy, Manga, Romance, Mystery, and Thriller genres. Ongoing projects included national advertising, in-store magazines, direct email marketing programs and website features.

• The Romance genre accounts for 50% of all fiction books sold; the Manga genre (Japanese style graphic novels) is the fastest growing category in paperback fiction.

• Joined Borders in April 1998 as a Customer Service Representative; was promoted 3 times in 6 years.

Show less ⌃

## Education

5/24/24, 6:43 PM
Ruth Mariampolski - Director of Compliance and Title IX Coordinator - New Mexico Highlands University | LinkedIn
Case 1:24-cv-00497-JHR-GJF   Document 4-1   Filed 05/27/24   Page 8 of 11


### Hofstra University School of Law
JD

2006 - 2009

Activities and Societies: Immigration Defense Clinic, Courtroom Advocate's Project, Hofstra Labor & Employment Journal

Senior Notes & Comments Editor, Hofstra Labor & Employment Journal


### The College of William and Mary
BA · Anthropology; Theater minor

1993 - 1997

Activities and Societies: Campus Newspaper (The Flat Hat), Equestrian Team, Sinfonicron Light Opera Company, Center for Archaeological Research employee, Swem Library Collection Development employee.


### Stuyvesant High School
-

1989 - 1993

Activities and Societies: SING!; Morgen-Walke Assoc., public relations intern

## Languages

**English**
Native or bilingual proficiency

**American Sign Language**
Limited working proficiency

## View Ruth's full profile

- See who you know in common
- Get introduced
- Contact Ruth directly

5/24/24, 6:43 PM
Ruth Mariampolski - Director of Compliance and Title IX Coordinator - New Mexico Highlands University | LinkedIn

Case 1:24-cv-00497-JHR-GJF   Document 4-1   Filed 05/27/24   Page 9 of 11

Join to view full profile



## People also viewed

### Christopher Ulibarri

Admin & 'Professional Storyteller' at the Institute for Culturally and Linguistically Responsive Learning and Teaching at New Mexico Highlands University

Las Vegas, NM

 Connect

### Cassie Lucero

Behavioral Health Service Rep; USMC DSTRESS Line at TriWest Healthcare Alliance

Phoenix, AZ

 Connect

### Jimmy Ma

--

United States

 Connect

### Sam Minner

--

Las Vegas, NM

5/24/24, 6:43 PM					Ruth Mariampolski - Director of Compliance and Title IX Coordinator - New Mexico Highlands University | LinkedIn

Case 1:24-cv-00407-JHR-GJF   Document 4-1   Filed 05/27/24   Page 10 of 11

 Connect

### Dillon Ryals

Current MBA Student BA-Management & Finance. Human Resources. Student Success Coach

Las Vegas, NM

 Connect

### Luke Ritter

Assistant Professor of American History at New Mexico Highlands University

St Louis, MO

 Connect

### Montano M

Coordinator, Graduate Admissions & Recruitment at New Mexico highlands University

Las Vegas, NM

 Connect

### Deanna Bustos

Graduate Student at New Mexico Highlands University

Las Vegas, NM

 Connect

### Jimmy Houng

Assistant Director of Loss Reserving at AIG

New York, NY

Connect

### Irma Berkowitz

Resident Assistant- New Mexico Highlands

Las Vegas, NM

Connect



## Explore collaborative articles

We're unlocking community knowledge in a new way. Experts add insights directly into each article, started with the help of AI.

Case 1:24-cv-00407-JHR-GJF   Document 4-1   Filed 05/27/24   Page 11 of 11

Explore More

## Add new skills with these courses


Drafting Foundations
2h 10m


Digital Marketing Trends
2h 25m


Introduction to Auditing AI Systems
1h 19m

See all courses

| LinkedIn © 2024 | About |
| --- | --- |
| Accessibility | User Agreement |
| Privacy Policy | Your California Privacy Choices |
| Cookie Policy | Copyright Policy |
| Brand Policy | Guest Controls |
| Community Guidelines | Language ⌄ |