UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

NATALIE BRADLEY and REBECCA ALVAREZ,

        Plaintiffs,

vs.                                                       Case No. 1:24-CV-497 MLG-GJF

NEW MEXICO HIGHLANDS UNIVERSITY,
BOARD OF REGENTS OF NEW MEXICO
HIGHLANDS UNIVERSITY (A/K/A THE
BOARD OF REGENTS OF NEW MEXICO
NORMAL UNIVERSITY), GLORIA GADSDEN,
and JILL DIAMOND.

        Defendants.

PLAINTIFF REBECCA ALVAREZ'S
RULE 41(a)(1)(A)(i) NOTICE OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Rebecca Alvarez ("Alvarez") hereby gives notice she is dismissing her individual claims in this matter without prejudice.

Filed this 28th day of January, 2025.

                                                      Respectfully Submitted,

                                                      *-/s/ - Trent A. Howell –*
                                                      *Electronically filed & signed-*
                                                      Attorney Trent A. Howell
                                                      P.O. Box 2304
                                                      Santa Fe, New Mexico  87504
                                                      trent@trentahowell.com
                                                      (505) 919-9158

                                                      *Counsel for Plaintiffs*