IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

NATALIE BRADLEY and
REBECCA ALVAREZ,

    Plaintiffs,

v.                                      Case No. 1:24-CV-00497-MLG-GJF

NEW MEXICO HIGHLANDS UNIVERSITY,
BOARD OF REGENTS OF NEW MEXICO
HIGHLANDS UNIVERSITY (A/K/A THE
BOARD OF REGENTS OF NEW MEXICO
NORMAL UNIVERSITY), GLORIA GADSDEN,
and JILL DIAMOND

    Defendants.

## NOTICE MEMORIALIZING DISMISSAL

This matter comes before the Court on Plaintiff Rebecca Alvarez's Rule 41(a)(1)(A)(i) Notice of Dismissal. Doc. 18. This is self-executing under Federal Rule of Civil Procedure 41(a)(1)(A)(i). *De Leon v. Marcos*, 659 F.3d 1276, 1283 (10th Cir. 2011). But in the interest of clarity, the Court enters this notice memorializing the dismissal of Alvarez's claims without prejudice pursuant to Rule 41(a)(1). The parties shall bear their own costs and attorney's fees.

                                                                UNITED STATES DISTRICT JUDGE
                                                                 MATTHEW L. GARCIA