IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

NATALIE BRADLEY and
REBECCA ALVAREZ,

    Plaintiffs,

v.                                                         Case No. 1:24-cv-00497-MLG-GJF

NEW MEXICO HIGHLANDS UNIVERSITY,
BOARD OF REGENTS OF NEW MEXICO
HIGHLANDS UNIVERSITY (A/K/A THE
BOARD OF REGENTS OF NEW MEXICO
NORMAL UNIVERSITY), GLORIA GADSDEN,
and JILL DIAMOND,

    Defendants.

**ORDER GRANTING DEFENDANTS' MOTION IN PART AND DENYING IN PART**

        This matter is before the Court on Defendants' Motion to Dismiss and Alternatively for a More Definite Statement ("Motion"). Doc. 6. Defendants also filed a Memorandum in Support of their Motion. Doc. 7. The Court has considered the parties' briefing and heard oral argument on the matter. For the reasons stated on the record, the Court (1) grants Defendants' Motion in part and orders Plaintiff to amend her complaint in the manner discussed during the hearing and (2) denies Defendants' request to dismiss Plaintiff's claims. Plaintiff must file the Second Amended Complaint by 5:00 PM MST on Friday, February 21, 2025.

        It is so ordered.

_____
UNITED STATES DISTRICT JUDGE
MATTHEW L. GARCIA

1