UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

NATALIE BRADLEY,

        Plaintiff,

vs.                                Case No. 24-CV-00497 MLG-GJF

NEW MEXICO HIGHLANDS UNIVERSITY,
BOARD OF REGENTS OF NEW MEXICO
HIGHLANDS UNIVERSITY (A/K/A THE
BOARD OF REGENTS OF NEW MEXICO
NORMAL UNIVERSITY), GLORIA GADSDEN,
and JILL DIAMOND.

        Defendants.

## STIPULATION OF RULE 41(a)(1)(A)(ii) DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, counsel for all Parties inform the Court that the Parties have reached a settlement of all claims which were or could have been raised among them, and the parties hereby stipulate the action is DISMISSED WITH PREJUDICE with each Party bearing its own fees and costs.

        Respectfully submitted:

*-/s/ - Trent A. Howell – 07/09/2025 -*
Attorney Trent A. Howell
P.O. Box 2304
Santa Fe, New Mexico 87504
trent@trentahowell.com
(505) 919-9158
*Counsel for Plaintiff*

*- /s/ - Michelle Lalley Blake – 07/09/2025 -*
Michelle Lalley Blake
Allen Law Firm, LLC
6121 Indian School Rd., Suite 230
Albuquerque, NM 87110
mblake@mallen-law.com
(505) 298-9400
*Counsel for Defendants*