**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

—————————————

NATALIE BRADLEY and
REBECCA ALVAREZS,

     Plaintiffs,

v.                                     Case No. 1:24-cv-00497-MLG-GJF

NEW MEXICO HIGHLANDS UNIVERSITY
BOARD OF REGENTS OF NEW MEXICO
HIGHLANDS UNIVERISTY (A/K/A THE
BOARD OF REGENTS OF NEW MEXICO
NORMAL UNIVERSITY), GLORIA GASDEN
and JILL DIAMOND,

     Defendants.

## **JUDGMENT**

     Pursuant to Federal Rule of Civil Procedure 58(a), and consistent with the Notice Memorializing Dismissal filed contemporaneously herewith, the Court issues its separate judgment finally disposing of this civil case. It is ordered that this civil action is dismissed with prejudice.

—————————————————
UNITED STATES DISTRICT JUDGE
MATTHEW L. GARCIA